UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RICHARD TURAY, *et al.*, | ) |
| Plaintiffs, | ) CASE NO. C91-0664RSM |
| v. | ) |
| HENRY RICHARDS, PhD., *et al.* | ) ORDER DENYING MOTION FOR<br>) SITE VISIT |
| Defendants. | ) |

This matter comes before the Court on *pro se* plaintiffs' Motion for Site Visit, asking that the undersigned District Judge, along with the pro se plaintiffs, all counsel of record, the Ombudsman, the Resident Advocates, and the SCC Superintendent, plan a site visit prior to the Court's status hearing on October 21, 2005. (Dkt. #2021).

While District Judges previously presiding in this case have made such visits, the Court finds such a visit unnecessary at this time. Accordingly, the Court hereby ORDERS:

(1) *Pro Se* Plaintiffs' Motion for Site Visit (Dkt. #2021) is DENIED.

(2) The Clerk shall send a copy of this Order to *pro se* plaintiffs and all counsel of record.

DATED this   11   day of October, 2005.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER