UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RICHARD TURAY, *et al.*, )
          Plaintiffs, )    CASE NO. C91-0664RSM
    v. )    ORDER ACCEPTING PROPOSED
       )    BRIEFING SCHEDULE
HENRY RICHARDS, PhD., *et al.*, )
          Defendants. )
_____)

THIS MATTER having come before this Court on the parties' agreed proposed briefing schedule for the upcoming evidentiary hearing on the issue of "backsliding," it is hereby ORDERED:

(1) The Court accepts the proposed briefing schedule set forth by the parties. (Dkt. #2054).

(2) The following briefing schedule now applies:

    a. Plaintiffs' Opening Brief Due    3/03/2006

    b. *Pro Se* Plaintiffs' Opening Brief Due    3/03/2006

    c. Defendants' Response Due    4/03/2006

    d. Plaintiffs' Reply Due    4/21/2006

    e. *Pro Se* Plaintiffs' Reply Due    4/21/2006

    f. Court to Advise Parties Re: Necessity of Hearing and Scope    5/15/2006

    g. Evidentiary Hearing    TBD

ORDER
PAGE - 1

1  (3) The clerk shall forward a copy of this Order to *pro se* plaintiffs and to all counsel of
2  record.

3  DATED this __7__ day of February 2006.

                                    RICARDO S. MARTINEZ
                                    UNITED STATES DISTRICT JUDGE

ORDER
PAGE - 2