UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RICHARD TURAY, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | CASE NO. C91-0664RSM |
| ) | |
| v. ) | |
| ) | ORDER DENYING MOTION FOR |
| HENRY RICHARDS, PhD., *et al.* ) | APPOINTMENT OF EXPERTS |
| ) | |
| Defendants. ) | |
| _____ ) | |

This matter comes before the Court on *pro se* plaintiffs' Motion for Expert Witnesses, asking that the undersigned District Judge issue an Order to Show Cause why expert witnesses should not be appointed for the upcoming evidentiary hearing on the issue of "backsliding." Defendants have not responded to the motion.

Rule 706 of the Federal Rules of Evidence allows Courts to issue an order to show cause why expert witnesses should not be appointed, on their own motion, or by motion made by a party. However, the Court may not appoint such an expert witness if the witness does not consent. Fed. R. Evid. 706(a). In the instant case, *pro se* plaintiffs do not provide the Court with any reason why expert witnesses are necessary at the upcoming hearing. Nor do they propose any witnesses and what they may testify about.

ORDER

Accordingly, the Court hereby ORDERS:

(1) *Pro Se* Plaintiffs' Motion for Expert Witnesses (Dkt. #2055) is DENIED. Nothing prevents *pro se* plaintiffs from renewing their motion with specific reasons for Court-appointed witnesses.

(2) The Clerk shall send a copy of this Order to *pro se* plaintiffs and all counsel of record.

DATED this   13   day of February 2006.


RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER